*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  March 17, 2016                    520154
_____

In the Matter of TIM BB.,
                    Appellant,

     v                                          MEMORANDUM  AND  ORDER

MALCOLM AA.,
                    Respondent.
_____

Calendar Date:  February 9, 2016

Before:  Peters, P.J., McCarthy, Egan Jr. and Lynch, JJ.

                    _____

        Michelle I. Rosien, Philmont, for appellant.

        O'Connor & Kruman, PC, Cortland (A.L. Beth O'Connor of
counsel), for respondent.

        Koslosky & Koslosky, Utica (William L. Koslosky of
counsel), attorney for the children.

                    _____

McCarthy, J.

        Appeal from an order of the Family Court of Cortland County
(Campbell, J.), entered November 14, 2014, which, in a proceeding
pursuant to Family Ct Act article 8, granted respondent's motion
to dismiss the petition.

        Petitioner filed a petition seeking to modify/terminate a
two-year order of protection in favor of, among others, four of
his stepchildren stemming from a family offense petition.
Respondent moved to dismiss the petition as facially
insufficient, asserting that it failed to allege a significant
change in circumstances to warrant a modification of the
underlying order of protection.  Family Court granted

respondent's motion and this appeal ensued.

The underlying order of protection expired by its own terms in April 2015, and the record does not reveal that there have been any extensions. Therefore, the appeal has been rendered moot and must be dismissed (see Matter of Lina Y. v Audra Z., 122 AD3d 1084, 1085 [2014]; Matter of Christopher NN. v Bobby Jo OO., 59 AD3d 828, 828 [2009]).

Peters, P.J., Egan Jr. and Lynch, JJ., concur.

ORDERED that the appeal is dismissed, as moot, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court